# CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of May, 2019, served a true and correct copy of the Plaintiff's Responses to Defendant Solomon RC Ali's Interrogatories by emailing a copy of the foregoing to Solomon RC Ali and by sending a copy of the foregoing to Solomon RC Ali at the following address:

Solomon RC Ali
5237 Albemarle Rd. Ste. 227
Charlotte, NC 28212

/s/ Harry Roback
Harry Roback
Senior Trial Counsel for the
Securities and Exchange Commission