UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SOLOMON RC ALI, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:18-CV-1832-RWS |

## ORDER

This case is before the Court on Defendant Ali's Motion for Extension of Time [Doc. No. 77], which is GRANTED. Defendant Ali's response in opposition to Plaintiff's Motion for Partial Summary Judgment is due no later than October 4, 2019.

**SO ORDERED** this 23 day of August, 2019.

_____
**RICHARD W. STORY**
United States District Judge