# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>         Plaintiff,<br><br>     v.<br><br>REVOLUTIONARY CONCEPTS, INC., *et al.*,<br>         Defendants. | Case No. 1:18-CV-01832-RWS |

## NOTICE OF APPEARANCE OF BRANDON R. KEEL

COMES NOW, pursuant to L.R. 83.1(D)(1), N.D. Ga., Brandon R. Keel with the law firm of King & Spalding LLP and files this Notice of Appearance as counsel on behalf of Defendant Solomon RC Ali, A/K/A Richard Marshall Carter, Jr., in the above-captioned action and requests that he appear on the docket and receive Notices of Electronic Filings for this case.

Respectfully submitted this 11th day of May, 2020.

*/s/ Brandon R. Keel*
Brandon R. Keel
Georgia Bar No. 300303
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600

Fax: (404) 572-5100
bkeel@kslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brandon R. Keel*
Brandon R. Keel